# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHERYL A. PEASE and LITTLE SPROUTS DAY CARE,<br>    Plaintiff(s)<br><br>v.<br><br>KAREN BURNS, ET AL.,<br>    Defendant(s) | CIVIL ACTION NO. 3:08-30222 -MAP |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants Karen Burns, et al., against the plaintiffs' Sheryl A. Pease, et al., pursuant to the court's memorandum and order entered this date, granting the defendant's motion to dismiss.

                                          **SARAH A. THORNTON**,
                                          CLERK OF COURT

Dated: June 28, 2010                 By /s/ *Maurice G. Lindsay*
                                             Maurice G. Lindsay
                                             Deputy Clerk

(Civil Judgment (Routine).wpd - 11/98)                                                            [jgm.]